# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH SHERIDAN,<br><br>       Plaintiff,<br><br>v.<br><br>ANWORTH MORTGAGE ASSET CORPORATION, JOSEPH E. MCADAMS, LLOYD MCADAMS, JOE E. DAVIS, ROBERT C. DAVIS, MARK S. MARON, DOMINIQUE MIELLE, RC MERGER SUBSIDIARY, LLC, and READY CAPITAL CORPORATION,<br><br>       Defendants, | Civil Action No. 1:21-cv-00465<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Joseph Sheridan ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: March 19, 2021                      **ROWLEY LAW PLLC**

                                                        *S/ Shane T. Rowley*
                                                        Shane T. Rowley (SR-0740)
                                                        Danielle Rowland Lindahl
                                                        50 Main Street, Suite 1000
                                                        White Plains, NY 10606
                                                        Tel: (914) 400-1920
                                                        Fax: (914) 301-3514
                                                        Email: srowley@rowleylawpllc.com
                                                        Email: drl@rowleylawpllc.com

                                                        *Attorneys for Plaintiff*